# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 38TH JUDICIAL DISTRICT COURT OF MEDINA COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on November 13, 2013, the cause upon appeal to revise or reverse your judgment between

The Edward Aquifer Authority, and Roland Ruiz, in his official capacity as General Manager of the Edwards Aquifer Authority (Appellant/Cross Appellee), Appellant

V.

Glenn and JoLynn Bragg (Appellee/Cross Appellant), Appellee

No. 04-11-00018-CV and Tr. Ct. No. 06-11-18170

was determined, and therein our said Court of Appeals made its order in these words:

**We withdraw our opinion and judgment of August 28, 2013. In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the cause REMANDED for further proceedings consistent with the opinion on the issue of the compensation owed for the taking of the Home Place Orchard and the D'Hanis Orchard.**

**Costs are assessed against the party that incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 15, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-11-00018-CV

**The Edward Aquifer Authority, and Roland Ruiz, in his official capacity as General Manager of the Edwards Aquifer Authority (Appellant/Cross Appellee)**

**v.**

**Glenn and JoLynn Bragg (Appellee/Cross Appellant)**

(NO. 06-11-18170 IN 38TH JUDICIAL DISTRICT COURT OF MEDINA COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | E-PAID | PAUL TERRILL, III |
| COPIES | $6.40 | PAID | CONNOR D. BEST |
| COPIES | $5.10 | PAID | CONNOR D. BEST |
| MOTION FEE | $15.00 | E-PAID | PAUL M. TERRILL |
| MOTION FEE | $10.00 | E-PAID | PAUL M. TERRILL |
| COPIES | $5.00 | PAID | TERRILL FIRM |
| COPIES | $5.00 | PAID | KEMP SMITH |
| COPIES | $9.40 | PAID | F. WALTER CONRAD |
| MOTION FEE | $10.00 | E-PAID | DEBORAH TREJO |
| MOTION FEE | $10.00 | E-PAID | GREGORY S. COLEMAN |
| COPIES | $2.00 | PAID | GENE ROSAS |
| MOTION FEE | $10.00 | E-PAID | DEBORAH TREJO |
| MOTION FEE | $10.00 | E-PAID | GREGORY S. COLEMAN |
| MOTION FEE | $10.00 | E-PAID | DEBORAH TREJO |
| COPIES | $5.20 | PAID | CORPORATE COURIERS |
| MOTION FEE | $10.00 | E-PAID | GREGORY S. COLEMAN |
| MOTION FEE | $10.00 | E-PAID | DEBORAH TREJO |
| UNKNOWN FEE TYPE | $140.00 | REFUND | LETICIA ESCAMILLA |
| REPORTER'S RECORD | $506.43 | PAID | LETICIA ESCAMILA |
| COURT FINES | $500.00 | PAID | LETICIA ESCAMILLA |
| FILING | $100.00 | PAID | TERRILL FIRM |
| INDIGENT | $25.00 | PAID | TERRILL FIRM |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | TERRILL FIRM |
| INDIGENT | $25.00 | PAID | KEMP SMITH |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | EDWARD AQUIFER AUTHORITY |
| FILING | $100.00 | PAID | KEMP SMITH |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 15, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853